# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-554 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-38, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DOE # 35, OWNER OF IP ADDRESS 71.90.48.245

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 35, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP Address 71.90.48.245

DATED: August 23, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　TCYK, LLC

　　　　　　　　　　　　　　　　By:　　s/ Keith A. Vogt
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Takiguchi & Vogt
　　　　　　　　　　　　　　　　　　　　1415 West 22nd Street, Tower Floor
　　　　　　　　　　　　　　　　　　　　Oak Brook, IL 60523
　　　　　　　　　　　　　　　　　　　　773.340.9469
　　　　　　　　　　　　　　　　　　　　KVogt@takiguchiandvogt.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff