# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-554 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-38 | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED: October 30, 2013            Respectfully submitted,

                                            TCYK, LLC

                                            By:    s/ Keith A. Vogt
                                                            Keith A. Vogt, Partner (Bar No. 6207971)
                                                            Takiguchi & Vogt, LLP
                                                            1415 W. 22nd Street, Tower Floor
                                                            Oak Brook, Illinois 60523
                                                            (630) 974-5707
                                                            Attorney for Plaintiff